# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN TERRANCE SAPP,<br><br>　　　Plaintiff - Appellant,<br><br>v.<br><br>D KIMBRELL; et al.,<br><br>　　　Defendants - Appellees. | No. 05-15745<br>D.C. No. CV-02-02576-FCD CMK P<br><br>**ORDER**<br><br>FILED<br>MAY 26 2005<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIF. |

This appeal has been taken in good faith　[ ]

This appeal is not taken in good faith　　[✓]

Explanation: _Plaintiff/Appellant made no effort to exhaust his claims as required by PLRA regarding particular claim which is subject of complaint._

　　　　　　　　　　　　　　　　　　　　　_/s/ Judge_
　　　　　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　Date: 5/26/05