IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN TERRANCE SAPP, | No. CIV S-02-2576-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| KIMBRELL, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Pending before this court is plaintiff's Notice of Dishonor in Obligation of a Contract (Doc. 103).

This case is closed and an appeal is pending in the Ninth Circuit Court of Appeals. Plaintiff's case was dismissed on April 19, 2005 for failure to exhaust. Judgment was entered the same day. Plaintiff is advised that documents filed in this case since the closing date will be disregarded and no order will issue in response to future filings, until such time as the appeal of this case is completed.

DATED: October 31, 2007

                                                                                                                                                                       _____
                                                                                                                                                                  **CRAIG M. KELLISON**
                                                                                                                                                                  UNITED STATES MAGISTRATE JUDGE

1